# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CLAYTON PALMGREN,

    Plaintiff,

v.                              CASE NO. 3:19cv80/MCR/EMT

MARTIN J. DONOVAN, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated July 25, 2019. ECF No. 15. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice,** pursuant to Fed. R. Civ. P. 41(b) and Local Rules 7.1(E), 7.1(H), and 41.1, and for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 27th day of August 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**